IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCELLO CORTI,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-06999

Judge Manish S. Shah

Magistrate Judge. Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 75 | JEYXGSQ |
| 207 | ouldexa |
| 60 | RugStore |
| 5 | XinHuoTu |
| 153 | ymcbayline |
| 71 | XIONGJIEmajia |
| 78 | Shenzhenshiqingjufeng jiajuyongpinYOUXIAN GONGSI |
| 112 | LYUCRAZ |
| 135 | liwan2hao |
| 180 | Jsykt |

| | |
|---|---|
| 181 | zrxia |
| 41 | shan shan Promotion poster |
| 184 | Description politics co., ltd |
| 55 | Fxbar |
| 51 | ZhiGangXiaoGang |
| 120 | bmange |

DATED: September 10, 2024     Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                               */s/ Keith A. Vogt*
                                               Keith A. Vogt