## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARCELLO CORTI,

      Plaintiff,                                                          Case No.: 1:24-cv-06999

v.                                                                                      Judge Manish S. Shah

THE PARTNERSHIPS AND                                        Magistrate Judge. Heather K. McShain
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 63 | Prezzy-Eth |
| 18 | Nepnuser |
| 2 | Phiscila |
| 110 | GELREN HOME |
| 113 | Minghuorui Co., Ltd. |
| 114 | RYKMYGS |
| 115 | yhgenq |
| 116 | PANRICH |
| 117 | HuiHP Co., LTD |
| 118 | XunRui |
| 119 | guangzhouyanghongyunkejiyouxiangongsi |
| 121 | GINFENP |
| 122 | Adzgya |
| 123 | JJAN |
| 124 | LNNGHJ |
| 125 | LYGFSRDX |
| 126 | JinBoXin Co., LTD |
| 127 | Kaixunba Co., Ltd. |
| 128 | Tianfeng Co., LTD |
| 129 | Jingzi Co., LTD |

| 130 | JKLOP |
|-----|-------|
| 131 | PYPESEEWY |
| 132 | YJHDFSH |
| 133 | Yutnsbel INC |
| 134 | HGEGPO |
| 136 | KYWHSGABRS |
| 137 | Lizian Co., Ltd. |
| 138 | XiLanHUA |
| 139 | HongchengLong Co., LTD |
| 140 | Haoji Co., Ltd. |
| 141 | MOTAO.Co.Ltd |
| 142 | DALLtif |
| 143 | UHGXA |
| 144 | Ynlkorvg |
| 145 | Hwzzwei |
| 146 | PKJHGA |
| 147 | TenYiLy |
| 148 | Erqing e-commerce Co., LTD |
| 149 | YEGHUN |
| 150 | Wei Huang Co., LTD |
| 151 | Kiteky store |
| 152 | JiaChangwang Co., LTD |
| 154 | Yshop |
| 155 | Zcmowue |
| 156 | YXVWKN |
| 157 | YaoLEO |
| 158 | Tbslaqlo |
| 159 | FOLAMADAK |
| 160 | yuno Co. ltd |
| 161 | Hilingoto |
| 162 | BADSSS |
| 163 | Fuheng Electronics Co., LTD |
| 164 | ZXIPN |
| 165 | ZJLIKMOPJHF |
| 166 | Tswift |
| 167 | Xan Home Essen |
| 168 | Home Essential Pro |
| 169 | YEEYUANCH |
| 170 | Kwlinmg |
| 171 | YCenADP |
| 172 | XCXyan |
| 173 | HEWANN HOME |
| 174 | TSApan |
| 175 | XLZMUHYTGS |

| 176 | SuChun |
|-----|--------|
| 177 | Liuanngg |
| 178 | Ncandy |
| 179 | YINECHENCER |
| 182 | DYYE Home Essentials |
| 183 | WRDMNBV |
| 185 | LGYHNJUIDO |
| 186 | ZQMNBDAQ |
| 187 | AARUJJKU |
| 188 | ZYXZHENB |
| 190 | Zeeyou Co.Ltd |
| 191 | guangzhoushilongtuozhendianzishangwuyouxiangongsi |
| 192 | JAAUYTR |
| 193 | ATSE |
| 194 | AIRENRH |
| 196 | LYQBGVDQA |
| 197 | WIURAY |
| 198 | GHEPOI LLC |
| 199 | QCSshou |
| 200 | WOCACHI |
| 201 | LEKODE |
| 202 | YUNSITONG |
| 205 | TYnkjuk |

DATED: September 18, 2024                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 18, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt